IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-89-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN ALLEN KEITH, | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment is dismissed against Dustin Allen Keith and the arrest warrant is quashed.

DATED this 6th day of September 2023.

_____
Brian Morris, Chief District Judge
United States District Court